## UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Loops, L.L.C. <br> _____ <br> *Plaintiff(s)* <br> v. <br> MAXILL INC., Canada; MAXILL, INC., Ohio; MAXILL REALTY, INC.; BADERCAP PTY LTD., an unknown business entity; and JOHN DENNIE SHAW <br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 4:25-cv-2346 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### AFFIDAVIT OF SERVICE

I, Michael Lonsbary, Process Server, of 91 Sunrise Crescent, London, Ontario, N5V 4V6, MAKE OATH and say as follows:

1. I am over the age of 18 years and am not a party to this action.

2. On November 24, 2025 at 8:10 a.m., I attended 41642 Fulton Bridge Line, RR5, St. Thomas, Ontario, Canada N5P 359, for the purpose of serving Badercap Pty Ltd. with the following documents: Summons in a Civil Action; Civil Cover Sheet; Corporate Disclosure Statement of Plaintiff Loops, L.L.C. and Notice of No Party with Financial Interest; Complaint with Exhibit A and Exhibit B.

3. I served the aforementioned documents at the above-stated address by leaving with a female named Chris Shaw. She stated that she is the wife of John Dennie Shaw and confirmed that she is authorized to accept service of documents on behalf of Badercap Pty Ltd., she was a Caucasian female, approximately 55 years of age, about 5'4" in height, weighing around 60 kg, with blond hair.

I believe and declare under penalty of perjury that the facts stated in this Affidavit are true.

Date: *November 26/25*

_____
**Michael Lonsbary**

SUBSCRIBED TO AND SWORN TO BEFORE ME this _____ day of November 2025

**Paula V. Adams**
**Barrister & Solicitor**

_____
NOTARY PUBLIC / COMMISSIONER FOR OATHS