# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| Loops, L.L.C. | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| V. | ) | Civil Action No. 4:25-cv-2346 |
| MAXILL INC., Canada; MAXILL, INC., Ohio; MAXILL REALTY, INC.; BADERCAP PTY LTD., an unknown business entity; and JOHN DENNIE SHAW | ) ) ) ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## AFFIDAVIT OF SERVICE

I, Michael Lonsbary, Process Server, of 91 Sunrise Crescent, London, Ontario, N5V 4V6, MAKE OATH and say as follows:

1. I am over the age of 18 years and am not a party to this action.

2. On November 24, 2025 at 8:10 a.m., I attended 41642 Fulton Bridge Line, RR5, St. Thomas, Ontario, Canada N5P 359, for the purpose of serving the following documents: Summons in a Civil Action; Civil Cover Sheet; Corporate Disclosure Statement of Plaintiff Loops, L.L.C. and Notice of No Party with Financial Interest; Complaint with Exhibit A and Exhibit B, upon John Dennie Shaw.

3. I served the aforementioned documents at the above-stated address by leaving with a co-resident named Chris Shaw, who confirmed that she is the wife of John Dennie Shaw and that the documents would be brought to his attention.
She was a Caucasian female, approximately 55 years of age, about 5'4" in height, weighing around 60 kg, with blond hair.

I believe and declare under penalty of perjury that the facts stated in this Affidavit are true.

Date: _November 26/25_

_____
**Michael Lonsbary**

SUBSCRIBED TO AND SWORN TO BEFORE ME this _26_ day of November 2025

Paula V. Adams
Barrister & Solicitor

_____
**NOTARY PUBLIC / COMMISSIONER FOR OATHS**