# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | |
|---|---|
| Loops, L.L.C. <br> ———————————————— <br> *Plaintiff(s)* <br> V. <br> MAXILL INC., Canada; MAXILL, INC., Ohio; MAXILL REALTY, INC.; BADERCAP PTY LTD., an unknown business entity; and JOHN DENNIE SHAW <br> ———————————————— <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 4:25-cv-2346 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

I, Michael Lonsbary, Process Server, of 91 Sunrise Crescent, London, Ontario, N5V 4V6, MAKE OATH and say as follows:

1.  I am over the age of 18 years and am not a party to this action.

2.  On November 20, 2025 at 8:54 a.m., I attended 80 Elm Street, St. Thomas, Ontario, Canada, N5R 6C8, for the purpose of serving Maxill INC. with the following documents: Summons in a Civil Action; Civil Cover Sheet; Corporate Disclosure Statement of Plaintiff Loops, L.L.C. and Notice of No Party with Financial Interest; Complaint with Exhibit A and Exhibit B.

3.  I spoke with a female staff member who declined to provide her name and stated that, per the owner, John, they would not accept service. The documents were served by sliding them through the door in the presence of the said staff member.
She was a Caucasian female, in her mid 50s, approximately 5'3" in height, weighing around 200 lbs, with dark brown hair and glasses.

4.  I also sent a copy of the aforementioned documents via mail.

I believe and declare under penalty of perjury that the facts stated in this Affidavit are true.

Date: *November 26 /25*

———————————————————
**Michael Lonsbary**

SUBSCRIBED TO AND SWORN TO BEFORE ME this *26* day of November 2025

Paula V. Adams
Barrister & Solicitor

———————————————————
**NOTARY PUBLIC / COMMISSIONER FOR OATHS**