# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **LOOPS, L.L.C.** | ) | **CASE NO.: 4:25-cv-02346** |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| vs. | ) | **HONORABLE JUDGE** |
| | ) | **BENITA Y. PEARSON** |
| | ) | |
| | ) | |
| **MAXILL, INC., et al.** | ) | |
| | ) | |
| *Defendant(s).* | ) | **SUGGESTION OF BANKRUPTCY** |

Defendants MAXILL, INC. (Ohio) and MAXILL REALTY, INC, by and through undersigned counsel, would show unto this Court as follows:

1. On December 9, 2025 (the "Petition Date"), Maxill, Inc and Maxill Realty, Inc (the "Debtors") filed Voluntary Chapter 11 Petitions in the United States Bankruptcy Court for the Northern District of Ohio. The case number for Maxill, Inc. is 25 – 41500. The case number for Maxill Realty, Inc. is 25 – 41501. Attached hereto are copies of the respective Notice of Bankruptcy filings.

2. By virtue of the bankruptcy filing, all of Debtors' property is subject to the jurisdiction of the United States Bankruptcy Court for the Northern District of Ohio.

3. Pursuant to §362 of Title 11 of the United States Code, an automatic stay is in effect immediately which enjoins, *inter alia*, the prosecution of the above captioned case against the Debtors.

4. The bankruptcy proceeding has not been dismissed.

5. This notice is for the limited purpose of Notice of Bankruptcy Filing and is not intended to be construed as a general appearance in this proceeding on behalf of the Debtors.

Respectfully Submitted,

**STEEL & COMPANY LAW FIRM**

*/s/ Michael A. Steel*
Michael A. Steel (0072367)
2950 West Market Street, Suite G
Fairlawn, Ohio 44333
PH: (330) 223-5050
FX: (330) 223-5509
msteel@steelcolaw.com

*Attorney for Debtors*

### CERTIFICATE OF SERVICE

I certify that on December 15, 2025, a true and correct copy of this Suggestion of Bankruptcy was served:

Via the Court's Electronic Case Filing System on the entities and individuals who are listed on the Court's Electronic Mail Notice List.

*/s/ Michael A. Steel*
Michael A. Steel (0072367)

*Attorney for Debtors*

United States Bankruptcy Court
Northern District of Ohio

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 12/09/2025 at 3:19 PM and filed on 12/09/2025.

**Maxill, Inc.**
500 W. Main St.
Cortland, OH 44410
Tax ID / EIN: 46-4711406

The case was filed by the debtor's attorney:

**Michael A. Steel**
Steel & Company Law Firm
2950 W. Market Street
Suite G
Akron, OH 44333
330-223-5050

The case was assigned case number 25-41500.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://www.ohnb.uscourts.gov or at the Clerk's Office, U.S. Bankruptcy Court, Federal Building & US Courthouse, 10 East Commerce Street, Youngstown, OH 44503.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Josiah C. Sell
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Northern District of Ohio

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 12/09/2025 at 4:40 PM and filed on 12/09/2025.

**Maxill Realty, Inc.**
500 W. Main Street
Cortland, OH 44410
Tax ID / EIN: 32-0432514



FILED
12/09/2025
4:40 PM

| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **Michael A. Steel**<br>Steel & Company Law Firm<br>2950 W. Market Street<br>Suite G<br>Akron, OH 44333<br>330-223-5050 | **Frederic P. Schwieg**<br>Attorney at Law<br>19885 Detroit Road #239<br>Rocky River, OH 44116<br>440-499-4506 |

The case was assigned case number 25-41501-tnap to Judge TIIARA N.A. PATTON.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://www.ohnb.uscourts.gov or at the Clerk's Office, U.S. Bankruptcy Court, Federal Building & US Courthouse, 10 East Commerce Street, Youngstown, OH 44503.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Josiah C. Sell**
**Clerk, U.S. Bankruptcy Court**