# EXHIBIT A

**From:** Mike Lane
**To:** Andrew Alexander; Boyoon Choi; Zachary Tedford; David Kohn
**Cc:** Mudit Kakar; Kevin Fournier; Crockett Vinson; Cupar, David B.; Mark McDougall; Nicholas Bonaminio
**Subject:** Re: Loops v. Maxill
**Date:** Tuesday, December 23, 2025 9:09:01 AM
**Attachments:** image001.png
image002.png

---

Nice to meet you, Andy and Mark—

Before your involvement, we granted Ms. Choi's extension requests twice. In my last correspondence to her, I explained that we would not agree to further extensions beyond 1/2. Our discussions ended then; what followed were further requests in spite of my previous correspondence.

I had to oppose a motion for summary judgment yesterday, and am now on vacation with my family. While I'm not sure I'm following the nuance of your alternative requests, we will oppose your motion to the fullest extent permitted by applicable law.

Best regards,

Michael Lane, Partner

Lewis | Kohn

Lewis Kohn & Walker LLP

17085 Via Del Campo

San Diego, CA 92127

Direct 858.436.1335 | Fax 858.436.1349 | Cell 619.952.1245

mlane@lewiskohn.com | www.lewiskohn.com

---

**From:** Andrew Alexander <AAlexander@Calfee.com>
**Sent:** Monday, December 22, 2025 12:28 PM
**To:** Boyoon Choi <b.choi@ccl.law>; Mike Lane <mlane@lewiskohn.com>; Zachary Tedford <ztedford@lewiskohn.com>; David Kohn <DKohn@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Kevin Fournier <k.fournier@ccl.law>; Crockett Vinson <c.vinson@ccl.law>; Cupar, David B. <dcupar@mcdonaldhopkins.com>; Mark McDougall <MMcDougall@Calfee.com>; Nicholas Bonaminio <NBonaminio@Calfee.com>
**Subject:** RE: Loops v. Maxill

You don't often get email from aalexander@calfee.com. Learn why this is important

Counsel,

First, I'd like to introduce myself and Mark McDougall—we are attorneys at Calfee, Halter & Griswold, who were recently engaged to assist in the Ohio case. Second, we understand

that Maxill and Loops have been discussing an extension for Maxill and Mr. Shaw to file a responsive pleading. Ms. Choi sent emails on December 14 and 18, including with a draft unopposed motion, but Loops has not responded. Accordingly, the Maxill parties and Mr. Shaw intend to file a motion tomorrow asking the Court (1) to stay the case as to these defendants in view of the bankruptcy filings and grant an extension to file responsive pleadings until 21 days after the bankruptcy stay is lifted, and (2) in the alternative, grant an extension for the non-bankruptcy defendants to file a responsive pleading until January 15, 2026 and for the bankruptcy defendants until 21 days after the bankruptcy stay is lifted.

Please let us know if Loops intends to oppose this motion (or portion of the motion). We're available to discuss today and tomorrow. If we don't hear back from you by 2pm EST tomorrow, we'll assume Loops intends to oppose the motion.

Regards,

Andy

**Andrew W. Alexander**

*Attorney at Law*

aalexander@calfee.com

216.622.8634 **Office**

216.241.0816 **Fax**

**Calfee, Halter & Griswold LLP**

The Calfee Building
1405 East Sixth Street

Cleveland , OH 44114-1607

---

**vCard**

**Calfee.com** | **Info@Calfee.com** | **888.CALFEE1**

This electronic mail transmission may contain confidential and legally privileged information from the law firm of Calfee, Halter & Griswold LLP intended only for the use of the individual(s) identified as addressee(s). If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this electronic mail transmission is strictly prohibited. If you have received this transmission in error, please notify me by telephone immediately.

---

**From:** Boyoon Choi <b.choi@ccl.law>
**Sent:** Thursday, December 18, 2025 2:08 PM
**To:** Mike Lane <mlane@lewiskohn.com>; Zachary Tedford <ztedford@lewiskohn.com>; David Kohn <DKohn@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Kevin Fournier <k.fournier@ccl.law>; Crockett Vinson

<c.vinson@ccl.law>; Cupar, David B. <dcupar@mcdonaldhopkins.com>; Andrew Alexander <AAlexander@Calfee.com>; Mark McDougall <MMcDougall@Calfee.com>
**Subject:** RE: Loops v. Maxill

Mike,

I am circling back on my email below. As mentioned, we have engaged our local counsel in Ohio, who I am including in this email. Since we have not heard from you yet regarding our proposal to extend the time to January 15, 2026, we have prepared the stipulation as attached for your review. Please advise if you would agree to January 15, 2026, so the parties can avoid a motion practice.

Sincerely,

***Boyoon Choi, MBA, Esq.***
CCL | 206-588-0463
b.choi@ccl.law

---

**From:** Boyoon Choi <b.choi@ccl.law>
**Sent:** Sunday, December 14, 2025 10:32 PM
**To:** Mike Lane <mlane@lewiskohn.com>; Zachary Tedford <ztedford@lewiskohn.com>; David Kohn <DKohn@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Kevin Fournier <k.fournier@ccl.law>; Crockett Vinson <c.vinson@ccl.law>; Cupar, David B. <dcupar@mcdonaldhopkins.com>
**Subject:** RE: Loops v. Maxill

Mike,

We are planning to confirm our local counsel this week – therefore, I request that you agree to the response deadline of January 15, 2026. I confirm that Maxill's U.S. entities in Ohio have filed for bankruptcy.

Sincerely,

***Boyoon Choi, MBA, Esq.***
CCL | 206-588-0463
b.choi@ccl.law

---

**From:** Mike Lane <mlane@lewiskohn.com>
**Sent:** Thursday, December 11, 2025 11:13 AM
**To:** Boyoon Choi <b.choi@ccl.law>; Zachary Tedford <ztedford@lewiskohn.com>; David Kohn <DKohn@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Kevin Fournier <k.fournier@ccl.law>; Crockett Vinson

<c.vinson@ccl.law>; Cupar, David B. <dcupar@mcdonaldhopkins.com>
**Subject:** RE: Loops v. Maxill

Boyoon—

The proofs of service are on Pacer.

Re: extensions, we understand that two of your four clients (the two Maxill Ohio named defendants) have filed for bankruptcy. Your email below confirms that you are not representing BaderCap. As such, your remaining two clients, Maxill Canada and John Shaw, who we understand have not filed for bankruptcy (*but please confirm if we're wrong*), were named in the SDCA action. We moved this case to Ohio based on Mr. Shaw's declaration filed in the SDCA. Accordingly, any remaining challenges to our client's Ohio complaint would largely be those that your clients relied on in the SDCA. Thus, we can divine no good reason for your clients to need more than the extensions of time I've already offered your clients. Surely, your clients can find local counsel more easily than we could given your clients' ties to Ohio, and it only took us a couple days to find local counsel in Ohio having never appeared there before.

That said, I've spoken with David Kohn and our local counsel and, based on their input, I can offer your clients (not BaderCap) a further extension until 1/2/26 to respond to the Ohio complaint. Again, I've copied our local counsel, David Cupar, whose office can assist with papering same, as needed, under local rules.

Best regards,

Michael Lane, Partner
Lewis | Kohn

Lewis Kohn & Walker LLP
17085 Via Del Campo
San Diego, CA 92127
Direct 858.436.1335 | Fax 858.436.1349 | Cell 619.952.1245
mlane@lewiskohn.com | www.lewiskohn.com

---

**From:** Boyoon Choi <b.choi@ccl.law>
**Sent:** Wednesday, December 10, 2025 11:57 AM
**To:** Mike Lane <mlane@lewiskohn.com>; Zachary Tedford <ztedford@lewiskohn.com>; David Kohn <DKohn@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Kevin Fournier <k.fournier@ccl.law>; Crockett Vinson <c.vinson@ccl.law>; Cupar, David B. <dcupar@mcdonaldhopkins.com>
**Subject:** RE: Loops v. Maxill

Mike,

I am following up on my email below. Can we stipulate to an extension?

Sincerely,

***Boyoon Choi, MBA, Esq.***
CCL | 206-588-0463
b.choi@ccl.law

---

**From:** Boyoon Choi
**Sent:** Monday, December 8, 2025 12:05 PM
**To:** 'Mike Lane' <mlane@lewiskohn.com>; Zachary Tedford <ztedford@lewiskohn.com>; David Kohn <DKohn@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Kevin Fournier <k.fournier@ccl.law>; Crockett Vinson <c.vinson@ccl.law>; Cupar, David B. <dcupar@mcdonaldhopkins.com>
**Subject:** RE: Loops v. Maxill

Mike,

12/15 deadline is not sufficient as our client still has to engage a local counsel to defend this matter. Based on the circumstance, I believe my request is reasonable and the court will likely also provide extension beyond 12/15. We will be representing the 3 Maxill entities and John Shaw, but we are not representing Badercap which is not related to any of the Maxill entities or John Shaw.

Have you already filed the proof of services for defendants? If so, can you please share them with me?

Sincerely,

***Boyoon Choi, MBA, Esq.***
CCL | 206-588-0463
b.choi@ccl.law

---

**From:** Mike Lane <mlane@lewiskohn.com>
**Sent:** Friday, December 5, 2025 6:00 PM
**To:** Boyoon Choi <b.choi@ccl.law>; Zachary Tedford <ztedford@lewiskohn.com>; David Kohn <DKohn@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Kevin Fournier <k.fournier@ccl.law>; Crockett Vinson <c.vinson@ccl.law>; Cupar, David B. <dcupar@mcdonaldhopkins.com>
**Subject:** RE: Loops v. Maxill

Boyoon—

Our offer to extend your response deadline was contingent on your representation of all defendants; see below. That said, please confirm which party you will not be defending so I

can discuss with David, and David can discuss with our client as to whether that impacts our offer.

Relatedly, given that certain of your clients were served 21 days ago, I imagine your client's first request for an extension two days ago is going to strike a sour note with our client. I've already offered your clients 21 days from the date your last client was served to file a responsive pleading. I do not have authority to offer your clients any more time to respond.

If 12/15 is not good enough, I expect motion practice will be required. I'll confirm with the team, though, and get back to you next week.

Best regards,

Michael Lane, Partner
Lewis | Kohn

Lewis Kohn & Walker LLP
17085 Via Del Campo
San Diego, CA 92127
Direct 858.436.1335 | Fax 858.436.1349 | Cell 619.952.1245
mlane@lewiskohn.com | www.lewiskohn.com

---

**From:** Boyoon Choi <b.choi@ccl.law>
**Sent:** Thursday, December 4, 2025 12:54 PM
**To:** Mike Lane <mlane@lewiskohn.com>; Zachary Tedford <ztedford@lewiskohn.com>; David Kohn <DKohn@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Kevin Fournier <k.fournier@ccl.law>; Crockett Vinson <c.vinson@ccl.law>; Cupar, David B. <dcupar@mcdonaldhopkins.com>
**Subject:** RE: Loops v. Maxill

Hi Mike

Thank you for your email and agreeing to extend the response date. We can confirm that we will represent 3 of the 4 parties you are suing in Ohio. However, we will require more time then until December 15, 2025, as we will have to look for a local counsel quickly and also assess your claims against the defendants. It also looks like you have asserted a new claim, which was not a party of the CA case. Therefore, we request that you please agree to a 60 day response period, especially considering the fact that the holiday season is coming. This way, we can avoid having to request for an extension from the court.

Sincerely,

***Boyoon Choi, MBA, Esq.***
CCL | 206-588-0463
b.choi@ccl.law

**From:** Mike Lane <mlane@lewiskohn.com>
**Sent:** Thursday, December 4, 2025 9:20 AM
**To:** Boyoon Choi <b.choi@ccl.law>; Zachary Tedford <ztedford@lewiskohn.com>; David Kohn <DKohn@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Kevin Fournier <k.fournier@ccl.law>; Crockett Vinson <c.vinson@ccl.law>; Cupar, David B. <dcupar@mcdonaldhopkins.com>
**Subject:** RE: Loops v. Maxill

Boyoon—

Zack arranged for personal service of your clients at my instruction. We chose Ohio as the new venue for this dispute based on your client's declaration filed in the SDCA action. Other defendant-entities were added at my instruction, as well, based on our firm's research.

Your clients were served personally to avoid further delays which, as you know, is a plaintiff's option. My understanding is that the Ohio-based entities are up against a short deadline to serve a responsive pleading but that the last Canadian-based entity was served on November 24. If you will be representing each named defendant, we will agree to a consolidated deadline of December 15, 2025 for all of your clients to file a responsive pleading.

I've copied our local counsel, David Cupar, who can assist with papering same, as needed, under local rules.

Best regards,

Michael Lane, Partner
Lewis | Kohn

Lewis Kohn & Walker LLP
17085 Via Del Campo
San Diego, CA 92127
Direct 858.436.1335 | Fax 858.436.1349 | Cell 619.952.1245
mlane@lewiskohn.com | www.lewiskohn.com

**From:** Boyoon Choi <b.choi@ccl.law>
**Sent:** Wednesday, December 3, 2025 1:01 PM
**To:** Zachary Tedford <ztedford@lewiskohn.com>; Mike Lane <mlane@lewiskohn.com>; David Kohn <DKohn@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Kevin Fournier <k.fournier@ccl.law>; Crockett Vinson <c.vinson@ccl.law>
**Subject:** RE: Loops v. Maxill

Hi Zach,

I have been informed by my client that now you are suing my client along with other defendants – in Ohio? Can you please stipulate to waive service for the Ohio case?

Your firm obviously knows that Maxill and John are represented, yet you continuously ignore to contact us when you decide to sue my clients. We will need time to find a local counsel now in Ohio to respond. Therefore, please confirm if you agree to waive service or stipulate to a response date.

Sincerely,

*Boyoon Choi, MBA, Esq.*
CCL | 206-588-0463
b.choi@ccl.law

---

**From:** Zachary Tedford <ztedford@lewiskohn.com>
**Sent:** Friday, August 15, 2025 1:27 PM
**To:** Boyoon Choi <b.choi@ccl.law>; Mike Lane <mlane@lewiskohn.com>; David Kohn <DKohn@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Crockett Vinson <c.vinson@ccl.law>
**Subject:** RE: Loops v. Maxill

Boyoon,

Attached is the Order Granting the Joint Motion to Extend Time for Defendants to Respond to Complaint.

Thanks.

Zachary S. Tedford
Lewis | Kohn
Lewis Kohn & Walker LLP
ztedford@lewiskohn.com | www.lewiskohn.com
Direct: 858.436.1332

NOTICE: This electronic message is from a law firm and may contain confidential or privileged information. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client privilege as to this communication. If you received this transmission in error, please inform the sender of such error and delete this transmission and any attachments.

---

**From:** Zachary Tedford
**Sent:** Thursday, August 14, 2025 7:41 PM
**To:** Boyoon Choi <b.choi@ccl.law>; Mike Lane <mlane@lewiskohn.com>; David Kohn

<DKohn@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Crockett Vinson <c.vinson@ccl.law>
**Subject:** RE: Loops v. Maxill

Boyoon,

Attached are the Joint Motion and accompanying documents. File-stamped copy to follow. I will email the Court a copy of the [Proposed] Order as required by the Local Rules and copy your office.

Thank you.

Zachary S. Tedford
Lewis | Kohn
Lewis Kohn & Walker LLP
ztedford@lewiskohn.com | www.lewiskohn.com
Direct: 858.436.1332

NOTICE: This electronic message is from a law firm and may contain confidential or privileged information. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client privilege as to this communication. If you received this transmission in error, please inform the sender of such error and delete this transmission and any attachments.

---

**From:** Boyoon Choi <b.choi@ccl.law>
**Sent:** Thursday, August 14, 2025 6:30 PM
**To:** Zachary Tedford <ztedford@lewiskohn.com>; Mike Lane <mlane@lewiskohn.com>; David Kohn <DKohn@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Crockett Vinson <c.vinson@ccl.law>
**Subject:** RE: Loops v. Maxill

Yes, you can e-sign on my behalf. Thank you.

Sent via the Samsung Galaxy Z Fold5, an AT&T 5G smartphone

-------- Original message --------
From: Zachary Tedford <ztedford@lewiskohn.com>
Date: 8/14/25 6:24 PM (GMT-08:00)
To: Boyoon Choi <b.choi@ccl.law>, Mike Lane <mlane@lewiskohn.com>, David Kohn <DKohn@lewiskohn.com>
Cc: Mudit Kakar <m.kakar@ccl.law>, Crockett Vinson <c.vinson@ccl.law>

Subject: RE: Loops v. Maxill

Boyoon,

Yes, no issues. Can you just confirm via email that I can affix your e-signature to the docs? We'll get it filed and serve you file-stamped copies.

Thanks.

-Zack

Zachary S. Tedford
Lewis | Kohn
Lewis Kohn & Walker LLP
ztedford@lewiskohn.com | www.lewiskohn.com
Direct: 858.436.1332

NOTICE: This electronic message is from a law firm and may contain confidential or privileged information. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client privilege as to this communication. If you received this transmission in error, please inform the sender of such error and delete this transmission and any attachments.

---

**From:** Boyoon Choi <b.choi@ccl.law>
**Sent:** Thursday, August 14, 2025 5:26 PM
**To:** Zachary Tedford <ztedford@lewiskohn.com>; Mike Lane <mlane@lewiskohn.com>; David Kohn <DKohn@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Crockett Vinson <c.vinson@ccl.law>
**Subject:** RE: Loops v. Maxill

Hi Zach,

Please see attached with my edits. If you can accept the attached changes, please feel free to file.

Sincerely,

***Boyoon Choi, MBA, Esq.***
CCL | 206-588-0463
b.choi@ccl.law

---

**From:** Zachary Tedford <ztedford@lewiskohn.com>
**Sent:** Thursday, August 14, 2025 4:26 PM
**To:** Boyoon Choi <b.choi@ccl.law>; Mike Lane <mlane@lewiskohn.com>; David Kohn

<DKohn@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Crockett Vinson <c.vinson@ccl.law>
**Subject:** RE: Loops v. Maxill

Boyoon,

We have no issues with you're edit. Do you have any changes to the proposed Declaration I send this afternoon? Once that is finalized, we will file.

Thanks.

Zachary S. Tedford
Lewis | Kohn
Lewis Kohn & Walker LLP
ztedford@lewiskohn.com | www.lewiskohn.com
Direct: 858.436.1332

NOTICE: This electronic message is from a law firm and may contain confidential or privileged information. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client privilege as to this communication. If you received this transmission in error, please inform the sender of such error and delete this transmission and any attachments.

---

**From:** Boyoon Choi <b.choi@ccl.law>
**Sent:** Thursday, August 14, 2025 12:00 PM
**To:** Zachary Tedford <ztedford@lewiskohn.com>; Mike Lane <mlane@lewiskohn.com>; David Kohn <DKohn@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Crockett Vinson <c.vinson@ccl.law>
**Subject:** RE: Loops v. Maxill

Zach,

Please see attached document with our edit. I saw that there were 2 attachments of the motion, so only edited one of them. If the attached is acceptable, please feel free to file.

Sincerely,

***Boyoon Choi, MBA, Esq.***
CCL | 206-588-0463
b.choi@ccl.law

---

**From:** Zachary Tedford <ztedford@lewiskohn.com>
**Sent:** Wednesday, August 13, 2025 8:27 PM

**To:** Boyoon Choi <b.choi@ccl.law>; Mike Lane <mlane@lewiskohn.com>; David Kohn <DKohn@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Crockett Vinson <c.vinson@ccl.law>
**Subject:** RE: Loops v. Maxill

Boyoon,

Thank you for taking the lead on drafting the Joint Motion and related documents. However, we cannot agree to the motion in its current form.

We agreed to extend Defendants' deadline to respond to October 1, 2025, based on Defendants' need to retain local counsel and review the claims in the Complaint. We do not believe it is necessary or helpful to include the history between the parties to obtain the Court's approval for the stipulated extension.

That said, we are willing to proceed with the attached revised Joint Motion and accompanying documents for your review. We are happy to consider any edits you may have, so long as they do not alter the substance.

Please review and let us know your thoughts.

Thank you.

Zachary S. Tedford
Lewis | Kohn
Lewis Kohn & Walker LLP
ztedford@lewiskohn.com | www.lewiskohn.com
Direct: 858.436.1332

NOTICE: This electronic message is from a law firm and may contain confidential or privileged information. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client privilege as to this communication. If you received this transmission in error, please inform the sender of such error and delete this transmission and any attachments.

---

**From:** Boyoon Choi <b.choi@ccl.law>
**Sent:** Wednesday, August 13, 2025 11:56 AM
**To:** Mike Lane <mlane@lewiskohn.com>; David Kohn <DKohn@lewiskohn.com>; Zachary Tedford <ztedford@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Crockett Vinson <c.vinson@ccl.law>
**Subject:** RE: Loops v. Maxill

Mike,

Please see attached stipulated motion to extend time. Since we do not have a local counsel yet, we ask that your firm please file the attached documents. Please let me

know if you have any questions.

Sincerely,

***Boyoon Choi, MBA, Esq.***
CCL | 206-588-0463
b.choi@ccl.law

---

**From:** Boyoon Choi
**Sent:** Tuesday, August 12, 2025 2:50 PM
**To:** Mike Lane <mlane@lewiskohn.com>; David Kohn <DKohn@lewiskohn.com>; Zachary Tedford <ztedford@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Crockett Vinson <c.vinson@ccl.law>
**Subject:** RE: Loops v. Maxill

Mike,

We appreciate your willingness to extend the deadline to 10/1/2025, which we accept. We can draft the stipulated motion for the continuance, but can your firm file the motion? We will draft facts related to the background of this case and the parties, based on which Maxill requires the extra time to respond and find local counsel.

Sincerely,

***Boyoon Choi, MBA, Esq.***
CCL | 206-588-0463
b.choi@ccl.law

---

**From:** Mike Lane <mlane@lewiskohn.com>
**Sent:** Tuesday, August 12, 2025 2:25 PM
**To:** Boyoon Choi <b.choi@ccl.law>; David Kohn <DKohn@lewiskohn.com>; Zachary Tedford <ztedford@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Crockett Vinson <c.vinson@ccl.law>
**Subject:** RE: Loops v. Maxill

Boyoon—

I just talked to David again. We'll stipulate to a new deadline to answer of 10/1. That's the best we can offer.

Best regards,

Michael Lane, Partner
Lewis | Kohn

Lewis Kohn & Walker LLP
17085 Via Del Campo
San Diego, CA 92127
Direct 858.436.1335 | Fax 858.436.1349 | Cell 619.952.1245
mlane@lewiskohn.com | www.lewiskohn.com

---

**From:** Boyoon Choi <b.choi@ccl.law>
**Sent:** Tuesday, August 12, 2025 12:37 PM
**To:** Mike Lane <mlane@lewiskohn.com>; David Kohn <DKohn@lewiskohn.com>; Zachary Tedford <ztedford@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Crockett Vinson <c.vinson@ccl.law>
**Subject:** RE: Loops v. Maxill

Mike,

As mentioned, we need more than 30 days. As you know this case is far more complex. Will you stipulate to 60 days?

Sincerely,

***Boyoon Choi, MBA, Esq.***
CCL | 206-588-0463
b.choi@ccl.law

---

**From:** Mike Lane <mlane@lewiskohn.com>
**Sent:** Monday, August 11, 2025 6:30 PM
**To:** Boyoon Choi <b.choi@ccl.law>; David Kohn <DKohn@lewiskohn.com>; Zachary Tedford <ztedford@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Crockett Vinson <c.vinson@ccl.law>
**Subject:** RE: Loops v. Maxill

Hi Boyoon—

I work with David and Zack. We will agree to allow your clients to consolidate their responsive pleading deadline and add 30 days thereto. In other words, we'll agree to allow your clients until 9/16 to file an answer. My understanding is that your clients will need local counsel to file any motion to seek a further extension. If your clients have local counsel, then no further extension will be necessary. Please let me know if you have any questions or concerns. For the avoidance of any doubt, seeking a further extension beyond that which we've agreed to provide above, will result in an opposition filed by our client.

Best regards,

Michael Lane, Partner
Lewis | Kohn

Lewis Kohn & Walker LLP
17085 Via Del Campo
San Diego, CA 92127
Direct 858.436.1335 | Fax 858.436.1349 | Cell 619.952.1245
mlane@lewiskohn.com | www.lewiskohn.com

---

**From:** Boyoon Choi <b.choi@ccl.law>
**Sent:** Monday, August 11, 2025 2:09 PM
**To:** David Kohn <DKohn@lewiskohn.com>; Zachary Tedford <ztedford@lewiskohn.com>; Mike Lane <mlane@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Crockett Vinson <c.vinson@ccl.law>
**Subject:** RE: Loops v. Maxill

David,

So, will you oppose our motion seeking for 90 days extension? Had you served a service waiver, we would have had 90 days. Given that our client is a foreign party – we believe the Court will allow 90 days extension. 30 days is not sufficient for us given the complexity of the matter.

Sincerely,

***Boyoon Choi, MBA, Esq.***
CCL | 206-588-0463
b.choi@ccl.law

---

**From:** David Kohn <DKohn@lewiskohn.com>
**Sent:** Monday, August 11, 2025 1:59 PM
**To:** Boyoon Choi <b.choi@ccl.law>; Zachary Tedford <ztedford@lewiskohn.com>; Mike Lane <mlane@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Crockett Vinson <c.vinson@ccl.law>
**Subject:** RE: Loops v. Maxill

Hi Boyoon,
Thanks for following up. We are fine providing you with a 30-day time extension to find local counsel. Let me know if you have any other questions.
Regards,
David

David M. Kohn
Lewis | Kohn
Lewis Kohn & Walker LLP
dkohn@lewiskohn.com | www.lewiskohn.com
Direct: 858.436.1336

NOTICE: This electronic message is from a law firm and may contain confidential or privileged information. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client privilege as to this communication. If you received this transmission in error, please inform the sender of such error and delete this transmission and any attachments.

---

**From:** Boyoon Choi <b.choi@ccl.law>
**Sent:** Friday, August 8, 2025 9:13 AM
**To:** David Kohn <DKohn@lewiskohn.com>; Zachary Tedford <ztedford@lewiskohn.com>; Mike Lane <mlane@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Crockett Vinson <c.vinson@ccl.law>
**Subject:** RE: Loops v. Maxill

David,

We would like to request for an extension of time in that case to respond – as we have yet to review the claims and we will need to obtain a local counsel in the jurisdiction. Please advise if Loops would be willing to stipulate to an extension of 90 days.

Sincerely,

***Boyoon Choi, MBA, Esq.***
CCL | 206-588-0463
b.choi@ccl.law

---

**From:** David Kohn <DKohn@lewiskohn.com>
**Sent:** Thursday, August 7, 2025 4:14 PM
**To:** Boyoon Choi <b.choi@ccl.law>; Zachary Tedford <ztedford@lewiskohn.com>; Mike Lane <mlane@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Crockett Vinson <c.vinson@ccl.law>
**Subject:** RE: Loops v. Maxill

Hi Boyoon,
Thanks for your note. Both defendants (maxill and John Shaw) were each served on July 25th and July 27th, respectively, so no need for the waiver. We are planning on

filing both proofs of service this week.
Let us know if questions remain.
Regards,
David

David M. Kohn
Lewis | Kohn
Lewis Kohn & Walker LLP
dkohn@lewiskohn.com | www.lewiskohn.com
Direct: 858.436.1336

NOTICE: This electronic message is from a law firm and may contain confidential or privileged information. They are intended for the sole use of the addressee. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited. Moreover, any such disclosure shall not compromise or waive the attorney-client privilege as to this communication. If you received this transmission in error, please inform the sender of such error and delete this transmission and any attachments.

---

**From:** Boyoon Choi <b.choi@ccl.law>
**Sent:** Thursday, August 7, 2025 1:31 PM
**To:** David Kohn <DKohn@lewiskohn.com>; Zachary Tedford <ztedford@lewiskohn.com>; Mike Lane <mlane@lewiskohn.com>
**Cc:** Mudit Kakar <m.kakar@ccl.law>; Crockett Vinson <c.vinson@ccl.law>
**Subject:** Loops v. Maxill

Hello,

I just attempted to reach both David and Zach to discuss Loops' recent filing in California. I would appreciate a call back to discuss the case. We have been authorized by our client, John Shaw and Maxill to accept service if you can send us the waiver of service form.

Sincerely,

***Boyoon Choi, MBA, Esq.***
Managing Partner

CCL
www.ccl.law

CHOI CAPITAL LAW, PLLC
1420 Fifth Avenue, Suite 2239
Seattle, Washington 98101
O: 206-588-0463
D: 206-866-0055
F: 206-971-1650
b.choi@ccl.law

CONFIDENTIALITY NOTICE: This email or any attachments contain confidential and attorney-client

protected information that may not be further distributed by any means without permission of the sender. If you are not the intended recipient, you are hereby notified that you are not permitted to read the content and that any disclosure, copying, printing, distribution or use of any of the information is prohibited. If you have received this email in error, please immediately notify the sender by return e-mail and delete the message and its attachments without saving in any manner.