**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

LOOPS, L.L.C., a Delaware limited liability company,

Plaintiff,

v.

MAXILL INC., a Canadian corporation; MAXILL, INC., an Ohio corporation; MAXILL REALTY, INC., an Ohio corporation; BADERCAP PTY LTD., an unknown business entity; and JOHN DENNIE SHAW, an individual,

Defendants.

CASE NO.: 4:25-cv-02346-BYP

JUDGE BENITA Y. PEARSON

**PLAINTIFF LOOPS, L.L.C.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO STAY PROCEEDINGS OR EXTEND TIME TO FILE RESPONSIVE PLEADINGS**

Plaintiff Loops, L.L.C. ("Loops") hereby respectfully requests the Court take judicial notice of the following pleadings from the action *Loops L.L.C. v. Maxill, Inc., et al.* filed in the United States District Court for the Southern District of California, Case No. 3:25-cv-01814-JLS-DDL:

1. Plaintiff Loops, L.L.C.'s Complaint for Patent Infringement (ECF No. 1) filed on July 16, 2025. A true and correct copy of this document is attached hereto as Exhibit A.

2. Plaintiff Loops, L.L.C.'s Proof of Service of Summons to Maxill, Inc. dated August 2, 2025, and Plaintiff Loops, L.L.C.'s Proof of Service of Summons to John Dennie Shaw dated August 2, 2025. True and correct copies of these documents are attached collectively hereto as Exhibit B.

3. Plaintiff Loops, L.L.C. and Defendants Maxill Inc. and John Dennie Shaw's Joint Motion and Stipulation to Extend Time for Maxill Inc. and John Dennie Shaw to Respond to Complaint (ECF No. 6) filed on August 14, 2025. A true and correct copy of this document is attached hereto as Exhibit C.

4. Defendants Maxill Inc. and John Dennie Shaw's Notice of Motion and Motion to Dismiss, Transfer, or Stay, Memorandum of Points and Authorities in support thereof, and Declarations of John Dennie Shaw and counsel in support thereof (ECF Nos. 9, 9-1, 9-2, and 9-4) filed on October 1, 2025. True and correct copies of these documents, excluding exhibits, are attached collectively hereto as Exhibit D.

5. Plaintiff Loops, L.L.C.'s Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (ECF No. 15) filed on October 30, 2025. A true and correct copy of this document is attached hereto as Exhibit E.

For the reasons above, except as otherwise agreed, Defendants' Motion should be denied.

Dated: January 6, 2026

Respectfully submitted,

*s/ Zachary S. Tedford*

David M. Kohn (*pro hac vice*)
Michael T. Lane (*pro hac vice*)
John M. Houkom (*pro hac vice*)
Zachary S. Tedford (*pro hac vice*)
LEWIS KOHN & WALKER, LLP
17085 Via Del Campo
San Diego, CA 92127
Telephone: (858) 436-1332
dkohn@lewiskohn.com
mlane@lewiskohn.com
jhoukom@lewiskohn.com
ztedford@lewiskohn.com

- *and* -

David B. Cupar (0071622)
Benjamin Foote-Huth (0104192)
McDONALD HOPKINS
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114
Telephone: (216) 348-5400
dcupar@mcdonaldhopkins.com
bfootehuth@mcdonaldhopkins.com

*Attorneys for Plaintiff Loops L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2026, I filed the foregoing document electronically via the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's CM/ECF system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

Dated: January 6, 2026

*s/ Zachary S. Tedford*
Zachary S. Tedford