# EXHIBIT B

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Michael Thomas Lane (California Bar No. 248624)<br>LEWIS KOHN & WALKER, LLP<br>17085 Via Del Campo<br>San Diego, CA 92127<br>TELEPHONE NO: (858) 436-1330 FAX NO (Optional): (858) 436-1349<br>E-MAIL ADDRESS (Optional): mlane@lewiskohn.com<br>ATTORNEY FOR (Name): Loops, L.L.C., a Delaware limited liability company | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN DIEGO<br>STREET ADDRESS: 333 West Broadway<br>MAILING ADDRESS: 333 West Broadway<br>CITY AND ZIP CODE: San Diego, 92101<br>BRANCH NAME: UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | |
| PLAINTIFF / PETITIONER: Loops, L.L.C., a Delaware limited liability company<br>DEFENDANT / RESPONDENT: Maxill Inc., a Canadian corporation; John Dennie Shaw, an individual | CASE NUMBER:<br>25-cv-01814-JLS-DDL |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>13799157 (506.404) |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Report on the filing or determination of an action regarding a patent or trademark
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [X] Index of Exhibits to Complaint
   f. [X] other *(specify documents)*: Corporate Disclosure Statement of Plaintiff Loops, L.L.C., and Notice of no Party with Financial Interest; Exhibit A; Exhibit B
3. a. Party served *(specify name of party as shown on documents served)*:
   Maxill Inc.
   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Jody Roberts (Accountant) - authorized to accept service of documents on behalf of Maxill Inc.
4. Address where the party was served:
   80 Elm Street, St. Thomas, Ontario, N5R 6C8, Canada
5. I served the party *(check proper box)*
   a. [ ] **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: (2) at *(time)*:
   b. [X] **by substituted service.** On *(date)*: Fri, July 25, 2025 at *(time)*: 03:49 PM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
   Maxill Inc.
   **The documents were served in compliance with the provisions of Article 10b of the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.**
   (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:
   from *(city)*: or [ ] a declaration of mailing is attached.
   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | |
|---|---|
| PLAINTIFF / PETITIONER: Loops, L.L.C., a Delaware limited liability company<br>DEFENDANT / RESPONDENT: Maxill Inc., a Canadian corporation; John Dennie Shaw, an individual | CASE NUMBER:<br>25-cv-01814-JLS-DDL |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date)*: (2) from *(city)*:
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☒ On behalf of *(specify)*:
   under the following Code of Civil Procedure section:
   ☒ 416.10 (corporation)
   ☐ 416.20 (defunct corporation)
   ☐ 416.30 (joint stock company/association)
   ☐ 416.40 (association or partnership)
   ☐ 416.50 (public entity)
   ☐ other:
   ☐ 415.95 (business organization, form unknown)
   ☐ 416.60 (minor)
   ☐ 416.70 (ward or conservatee)
   ☐ 416.90 (authorized person)
   ☐ 415.46 (occupant)

7. **Person who served papers**
   a. Name: Charlene Michelle Burgess
   b. Address: 13 Rapelje St. St Thomas, ON N5R 4L9, Canada
   c. Telephone number:
   d. **The fee** for service was:
   e. I am:
   (1) ☒ not a registered California process server.
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☐ a registered California process server:
   (i) ☐ owner ☐ employee ☐ independent contractor
   (ii) Registration No:
   (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: August 2, 2025

Charlene Michelle Burgess
(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)

[signature]
(SIGNATURE)

[signature]

**LISA MARIE CRANE,**
a Commissioner, etc., Province of Ontario,
for Crane Process Servers Inc.,
and for process serving only.
Expires September 9, 2027.

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Michael Thomas Lane (California Bar No. 248624)<br>LEWIS KOHN & WALKER, LLP<br>17085 Via Del Campo<br>San Diego, CA 92127<br>TELEPHONE NO: (858) 436-1330 FAX NO *(Optional)*: (858) 436-1349<br>E-MAIL ADDRESS *(Optional)*: mlane@lewiskohn.com<br>ATTORNEY FOR *(Name)*: Loops, L.L.C., a Delaware limited liability company | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN DIEGO<br>STREET ADDRESS: 333 West Broadway<br>MAILING ADDRESS: 333 West Broadway<br>CITY AND ZIP CODE: San Diego, 92101<br>BRANCH NAME: UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | |
| PLAINTIFF / PETITIONER: Loops, L.L.C., a Delaware limited liability company<br>DEFENDANT / RESPONDENT: Maxill Inc., a Canadian corporation; John Dennie Shaw, an individual | CASE NUMBER:<br>25-cv-01814-JLS-DDL |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>13799158 (506.404) |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Report on the filing or determination of an action regarding a patent or trademark
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [X] Index of Exhibits to Complaint
   f. [X] other *(specify documents)*: Corporate Disclosure Statement of Plaintiff Loops, L.L.C., and Notice of no Party with Financial Interest; ExhibitA; Exhibit B
3. a. Party served *(specify name of party as shown on documents served)*:
   John Dennie Shaw
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served:
   41642 Fulton Bridge Line, St. Thomas, Ontario, N5P 3S9, Canada
5. I served the party *(check proper box)*
   a. [X] **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): Sun, July 27, 2025 (2) at (time): 8:06 PM
   **The documents were served in compliance with the provisions of Article 10b of the Hague Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters.**
   b. [ ] **by substituted service**. On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*: from *(city)*: or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| PLAINTIFF / PETITIONER: Loops, L.L.C., a Delaware limited liability company<br>DEFENDANT / RESPONDENT: Maxill Inc., a Canadian corporation; John Dennie Shaw, an individual | CASE NUMBER:<br>25-cv-01814-JLS-DDL |
|---|---|

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
   (1) on *(date)*: (2) from *(city)*:
   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☒ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
   under the following Code of Civil Procedure section:
   ☐ 416.10 (corporation) ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation) ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association) ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership) ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity) ☐ 415.46 (occupant)
   ☐ other:

7. **Person who served papers**
   a. Name: David Jeffrey Reynolds
   b. Address: 13 Rapelje St. St Thomas, ON N5R 4L9, Canada
   c. Telephone number:
   d. **The fee** for service was:
   e. I am:
   (1) ☒ not a registered California process server.
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☐ a registered California process server:
   (i) ☐ owner ☐ employee ☐ independent contractor
   (ii) Registration No:
   (iii) County:

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: AUGUST 2, 2025

David Jeffrey Reynolds
(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)

[signature]
(SIGNATURE)

[signature]

**LISA MARIE CRANE,**
a Commissioner, etc., Province of Ontario,
for Crane Process Servers Inc.,
and for process serving only.
Expires September 9, 2027.