# EXHIBIT C

David M. Kohn (California Bar No. 246756)
dkohn@lewiskohn.com
Michael T. Lane (California Bar No. 248624)
mlane@lewiskohn.com
John M. Houkom (California Bar No. 203240)
jhoukom@lewiskohn.com
Zachary S. Tedford (California Bar No. 314801)
ztedford@lewiskohn.com
LEWIS KOHN & WALKER, LLP
17085 Via Del Campo
San Diego, CA 92127
Tel (858) 436-1330
Fax (858) 436-1349

Attorneys for Plaintiff
Loops, L.L.C.

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOOPS, L.L.C., a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MAXILL INC., a Canadian corporation; and JOHN DENNIE SHAW, an individual,<br><br>Defendants. | Case No.: 3:25-cv-01814-JLS-DDL<br><br>**JOINT MOTION AND STIPULATION TO EXTEND TIME FOR DEFENDANTS MAXILL INC. AND JOHN DENNIE SHAW TO RESPOND TO COMPLAINT**<br><br>**[*Filed Concurrently with Declaration of Boyoon Choi*]**<br><br>**[*Proposed Order Concurrently Submitted to Hon. Janis L. Sammartino via Email*]**<br><br>Judge: Hon. Janis L. Sammartino<br>Courtroom: 4D<br><br>Complaint Filed: July 16, 2025<br>Trial Date: None Set |

## MOTION

Pursuant to Local Rules 7.2 and 12.1, Plaintiff Loops, L.L.C. ("Plaintiff") and Defendants Maxill Inc. ("Maxill") and John Dennie Shaw ("Shaw") (together, "Defendants," and collectively with Plaintiff, the "Parties") hereby move for an order extending the time for Defendants to file their responsive pleading to Plaintiff's Complaint to and including October 1, 2025. This motion is based on the Parties' stipulation, as set forth immediately below.

## STIPULATION

Pursuant to Local Rules 7.2 and 12.1, this Stipulation is made and entered into by Plaintiff and Defendants in order to extend the time for Defendants to file their responsive pleading to Plaintiff's Complaint. The Parties, through their respective counsel of record, agree and stipulate as follows:

WHEREAS, Plaintiff filed its Complaint with Exhibits on July 16, 2025;

WHEREAS, Plaintiff served the Summons and Complaint on Maxill on July 25, 2025 and on Shaw on July 27, 2025;

WHEREAS, the current deadlines for Maxill and Shaw to answer or otherwise respond to the Complaint are August 15, 2025 and August 18, 2025, respectively;

WHEREAS, Maxill is a foreign corporation and Shaw is a foreign individual;

WHEREAS, Defendants' current counsel, Choi Capital Law PLLC, is not admitted to practice in this District;

WHEREAS, Defendants preserves all rights and does not waive any defenses in answering or otherwise responding to Plaintiff's Complaint by this extension;

WHEREAS, Defendants require additional time to retain local counsel, coordinate with that counsel, and allow sufficient time for counsel to review the case, evaluate the Complaint and its exhibits, and prepare a responsive pleading;

WHEREAS, counsel for all parties have met and conferred and agree good cause exists for Defendants' requested extension and that Defendant should have until October 1, 2025 to answer or otherwise respond to the Complaint;

WHEREAS, this is the first stipulation for extension of time requested by Defendants to respond or otherwise file a responsive pleading to the Complaint;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties through their respective counsel that, pursuant to Local Civil Rules 7.2 and 12.1, the time by which Defendant may answer or otherwise respond to Plaintiff's Complaint shall be extended to and including October 1, 2025.

Dated: August 14, 2025

Respectfully submitted,

*/s/ Zachary S. Tedford*

David M. Kohn (CA Bar # 246756)
Michael T. Lane (CA Bar # 248624)
John M. Houkom (CA Bar # 203240)
Zachary S. Tedford (CA Bar # 314801)

**LEWIS KOHN & WALKER, LLP**
17085 Via Del Campo
San Diego, CA 92127
Phone: 858-436-1330
Fax: 858-436-1349

dkhon@lewiskohn.com
mlane@lewiskohn.com
jhoukom@lewiskohn.com
ztedford@lewiskohn.com

***Attorneys for Plaintiff***

*/s/ Boyoon Choi*

Boyoon Choi (WA Bar # 44939)*
*application for admission *pro hac vice* forthcoming

**CHOI CAPITAL LAW PLLC**
2101 Fourth Avenue, Suite 1570
Seattle, WA 98121
Phone: 206-588-0463
Fax: 206-971-1650

b.choi@ccl.law

***Attorneys for Defendants***

**ATTESTATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court of the Southern District of California, I certify that authorization for the filing of this document has been obtained from the other signatory shown above and that said signatory has authorized placement of their electronic signatures on this document.

Dated: August 14, 2025

*/s/ Zachary S. Tedford*

______________________

Zachary S. Tedford
Attorney for Plaintiff Loops, L.L.C.
Email: ztedford@lewiskohn.com

**CERTIFICATE OF SERVICE**

I hereby certify the following: I am over the age of 18 years and am not a party to the above-captioned action. On August 14, 2025, I served Defendants Maxill Inc. and John Dennie Shaw with the following documents:

- JOINT MOTION AND STIPULATION TO EXTEND TIME FOR DEFENDANTS MAXILL INC. AND JOHN DENNIE SHAW TO RESPOND TO COMPLAINT
- DECLARATION OF BOYOON CHOI; and
- [PROPOSED] ORDER GRANTING JOINT MOTION AND STIPULATION TO EXTEND TIME FOR DEFENDANTS MAXILL INC. AND JOHN DENNIE SHAW TO RESPOND TO COMPLAINT

by emailing a true and correct copy thereof to Defendants' counsel at the email addresses below:

Boyoon Choi (WA Bar # 44939)*
*application for admission pro hac vice forthcoming
CHOI CAPITAL LAW PLLC
2101 Fourth Avenue, Suite 1570
Seattle, WA 98121
Phone: 206-588-0463
Fax: 206-971-1650
b.choi@ccl.law

Attorney for Defendants
Maxill Inc. and John Dennie Shaw

I declare under penalties of perjury under the laws of the United States that the foregoing is true and correct.

By: */s/ Zachary S. Tedford*

______________________

Zachary S. Tedford
Attorney for Plaintiff Loops, L.L.C.
Email: ztedford@lewiskohn.com