# EXHIBIT E

David M. Kohn (California Bar No. 246756)
dkohn@lewiskohn.com
Michael T. Lane (California Bar No. 248624)
mlane@lewiskohn.com
John M. Houkom (California Bar No. 203240)
jhoukom@lewiskohn.com
Zachary S. Tedford (California Bar No. 314801)
ztedford@lewiskohn.com
LEWIS KOHN & WALKER, LLP
17085 Via Del Campo
San Diego, CA 92127
Tel (858) 436-1330
Fax (858) 436-1349

*Attorneys for Plaintiff,*
Loops, L.L.C.

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

LOOPS, L.L.C., a Delaware limited liability company,

Plaintiff,

v.

MAXILL INC., a Canadian corporation; and JOHN DENNIE SHAW, an individual,

Defendants.

Case No.: 25CV1814 JLS DDL

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE:**

This action is dismissed without prejudice by Plaintiff, LOOPS, L.L.C. in its entirety.

The dismissal is made prior to the service of an answer or a motion for summary judgment by Defendants pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Dated: October 30, 2025

*<u>/s/ Michael T. Lane</u>*
David M. Kohn
Michael T. Lane
John M. Houkom
Zachary S. Tedford
LEWIS KOHN & WALKER, LLP
*Attorneys for Plaintiff,*
Loops, L.L.C.

# CERTIFICATE OF SERVICE

I hereby certify the following: I am over the age of 18 years and am not a party to the above-captioned action. I am a registered user of the CM/ECF system for the United States District Court for the Southern District of California.

On October 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. To the best of my knowledge, all counsel to be served in this action are registered CM/ECF users and will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and executed on October 30, 2025, in the City of San Diego, State of California.

*/s/ Michael T. Lane*
MICHAEL T. LANE
mlane@lewiskohn.com