AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| Loops, L.L.C.<br>*Plaintiff* | ) | |
| v. | ) | Case No. 4:25-cv-02346-BYP |
| Maxill Inc. et al.<br>*Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Loops, L.L.C. .

Date: 02/05/2026

s/ Matthew J. Cavanagh
*Attorney's signature*

Matthew J. Cavanagh
*Printed name and bar number*

McDonald Hopkins LLC
600 Superior Ave., East, Ste. 2100
Cleveland, OH 44114
*Address*

mcavanagh@mcdonaldhopkins.com
*E-mail address*

(216) 348-5400
*Telephone number*

(216) 348-5474
*FAX number*