PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LOOPS, LLC, | | |
| Plaintiff, | ) | CASE NO. 4:25-cv-2346 |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| MAXILL INC, *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF No. 28] |

Pending before the Court is Attorney Boyoon Choi's Motion for Admission *Pro Hac Vice*. ECF No. 28. The Motion is accompanied by a Declaration attesting to good standing and by the $120.00 fee (Receipt No. AOHNDC-1354931) as required by LR 83.5(h).

Accordingly, the Motion is granted, and the attorney shall be entered on the docket as representing Defendants Maxill, Inc., a Canadian corporation, Maxil, Inc., an Ohio corporation, Maxill Realty, Inc., and Ohio corporation, and John D. Shaw.

The attorney is reminded of the requirement to register for CM/ECF and to file and receive all documents electronically. *See* L.R. 5.1(c).

IT IS SO ORDERED.

March 2, 2026
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge