# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

Loops, L.L.C.

vs.

Maxill, Inc. et al.

CIVIL CASE NO. 4:25-cv-02346-BYP

JUDGE Benita Y. Pearson

PRAECIPE FOR ISSUANCE

- [x] ORIGINAL SUMMONS
- [ ] ALIAS SUMMONS
- [ ] THIRD PARTY SUMMONS
- [ ] CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC
- [ ] CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT
- [ ] WRIT OF EXECUTION
- [ ] OTHER (Please Specify) ______________________________

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: 03/03/2026

By: s/ Matthew J. Cavanagh

Attorney for Plaintiff Loops, L.L.C.