# Exhibit A

**IT IS SO ORDERED.**

**Dated: March 11, 2026**

**Tiiara N.A. Patton**
**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 25-41500 |
| MAXILL, INC., *et al.*,[1] | (Jointly administered) |
| | CHAPTER 11 |
| | JUDGE TIIARA N.A. PATTON |

**ORDER CONFIRMING THAT THE AUTOMATIC STAY DOES NOT APPLY TO THE PATENT INFRINGEMENT CLAIMS AGAINST THE NON-DEBTOR DEFENDANTS PURSUANT TO 11 U.S.C. § 362**
**[RELATED TO DOCKET NO. 83]**

This matter came before the Court upon consideration of the *Motion of Loops, L.L.C. for Entry of an Order Confirming that the Automatic Stay does not Apply to the Patent Infringement*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Maxill, Inc. (1406), case no. 25-41500; Maxill Realty, Inc. (2514), case no. 25-41501; and Maxill Dental, Inc. (1101), case no. 25-41502. The Debtors' address is 500 W. Main St., Cortland, OH 44410.

*Claims Against the Non-Debtor Defendants Pursuant to 11 U.S.C. § 362* (the "Motion")[2]; and finding that due and sufficient notice of the Motion has been given; and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and this is a core proceeding under 28 U.S.C. § 157(b)(2); and after due deliberation and sufficient cause appearing therefore, based upon the record, the Court finds that grounds exist to grant the Motion. Accordingly,

IT IS HEREBY ORDERED that the Motion is GRANTED and the automatic stay imposed by 11 U.S.C. § 362(a) in the above-captioned bankruptcy cases does not apply to the Patent Infringement Claims against the Non-Debtor Defendants, including John Shaw, Maxill Canada, and BaderCap, asserted in the Ohio Case.

IT IS FURTHER ORDERED that nothing in this Order shall be construed to permit any action against the Debtors in the above-captioned bankruptcy cases or property of the Debtors' bankruptcy estates, including the Patent Infringement Claim, in violation of the automatic stay or orders of the United States Bankruptcy Court, or to preclude any party from seeking further relief as may be appropriate.

# # #

Prepared by:

By: /s/ *Scott N. Opincar*
**McDonald Hopkins LLC**
Scott N. Opincar (0064027)
600 Superior Avenue, East
Suite 2100
Cleveland, Ohio 44114
Telephone: (216) 348-5400
Fax: (216) 348-5474
sopincar@mcdonaldhopkins.com

---

2 Capitalized terms used but not otherwise defined in this Order have the meaning ascribed to them in the Motion.