**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Loops, L.L.C.,<br><br>Plaintiff,<br><br>vs.<br><br>Maxill Inc. *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:25-cv-02346-BYP<br><br>Judge Benita Y. Pearson |

**Notice Regarding Dismissal of Related Bankruptcy Cases**

Plaintiff Loops, L.L.C. respectfully notifies the Court that, on May 1, 2026, the United States Bankruptcy Court for the Northern District of Ohio entered an Order dismissing the bankruptcy cases filed by defendants Maxill, Inc., an Ohio corporation ("Maxill Ohio") and Maxill Realty, Inc. (collectively, the "Maxill Debtors"). A copy of the Order is attached.

By statute, dismissal of a bankruptcy case terminates the automatic stay effected by a bankruptcy filing. *See* 11 U.S.C. § 362(c)(2) ("the stay of any act under subsection (a) of this section continues until the earliest of – (B) the time the case is dismissed"); *Bullard v. Blue Hills Bank*, 575 U.S. 496, 503 (2015), citing § 362(c)(2) ("Dismissal lifts the automatic stay entered at the start of bankruptcy, exposing the debtor to creditors' legal actions and collection efforts."). Accordingly, the automatic stay in this action is terminated as to the Maxill Debtors by operation of law.

In light of the Bankruptcy Court's dismissals, the basis for the pending Motion to Stay filed by non-debtor defendants Maxill Inc., a Canadian corporation ("Maxill Canada"), and John D. Shaw (ECF No. 17) no longer exists. Loops therefore respectfully requests that the

Court (i) confirm that the automatic stay has terminated as to the Maxill Debtors, and (ii) deny the non-debtor defendants' pending motion to stay.

Dated: May 6, 2026

Respectfully submitted,


s/ Matthew J. Cavanagh
David B. Cupar (0071622)
Matthew J. Cavanagh (0079522)
McDONALD HOPKINS LLC
600 Superior Ave., East, Ste. 2100
Cleveland, Ohio 44114
t 216.348.5400 │ f 216.348.5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

David M. Kohn*
Michael T. Lane*
John M. Houkom*
Zachary S. Tedford*
LEWIS KOHN & WALKER
17085 Via Del Campo
San Diego, CA 92127
tel: 858.436.1332
dkohn@lewiskohn.com
mlane@lewiskohn.com
jhoukom@lewiskohn.com
ztedford@lewiskohn.com

* admitted *pro hac vice*

*Counsel for Loops L.L.C.*