**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| LOOPS, L.L.C.,<br><br>Plaintiff,<br><br>v.<br><br>MAXILL INC., *et al.*,<br><br>Defendants. | Case No. 4:25-cv-02346-BYP<br><br>JUDGE BENITA Y. PEARSON |

**MOTION TO DISMISS OR TRANSFER AMENDED COMPLAINT**

Defendants Maxill, Inc., an Ohio corporation ("***Maxill Ohio***") and Maxill Realty, Inc., ("***Maxill Realty***") hereby move and join the pending Motion to Dismiss or Transfer Amended Complaint in response to Plaintiff Loops, L.L.C.'s, ("Loops") Amended Complaint (Dkt. Nos. 27, 35, the "Motion"). When Maxill Inc., a Canadian Corporation ("***Maxill Canada***") and John Shaw filed their Motion, there was an automatic bankruptcy stay in place with respect to Maxill Ohio and Maxill Realty. That stay is now lifted (*see* Dkt. No. 37) and, in response to Loops's Amended Complaint, Maxill Ohio and Maxill Realty join Maxill Canada's and John Shaw's pending Motion for the reasons set forth in the corresponding briefing (Dkt. Nos. 27, 35).

Dated: May 20, 2026

Respectfully submitted,

*/s/ Andrew W. Alexander*

Mark W. McDougall (#0080698)
mmcdougall@calfee.com
Andrew W. Alexander (#0091167)
aalexander@calfee.com
CALFEE HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114
Telephone: (216) 622-8200
Facsimile: (216) 241-0816

Boyoon Choi (admitted *pro hac vice*)
b.choi@ccl.law
Choi Capital Law
Ste. 2246
1420 Fifth Ave.
Seattle, WA 98101
Telephone: (206) 588-0463
Facsimile: (206) 971-1650

*One of the attorneys for Defendants Maxill, Inc., an Ohio Corporation, and Maxill Realty, Inc., an Ohio corporation.*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been filed electronically on May 20, 2026 with the United States District Court for the Northern District of Ohio. Notice of the filing will be sent by email to all counsel by operation of the Court's electronic filing system and all parties may access this filing through that system.

/s/ *Andrew W. Alexander*
*One of the attorneys for Defendants Maxill, Inc., an Ohio Corporation, and Maxill Realty, Inc.*