# EXHIBIT A

## Compare Products

You have no items to compare.

## Recently Viewed Products

PerioX Antibacterial Rinse




# Specialty Toothbrushes



Supermaxx Institutional Toothbrush

Starting at: $39.00



Cleanse-a-dent Denture Brush

Starting at: $10.14



Disposable Toothbrush

Starting at: $24.00



Mini Mod Institutional Toothbrush

$49.00




Infant Toothbrush & Gum Massager

Starting at: $9.30



maxill Oral Care Swab

$17.99




380 Voyager Travel Brush

$5.94




