# EXHIBIT B

The Wayback Machine - https://web.archive.org/web/20150429221051/http://www.maxill.com:80/ca/products/toothbrushes/specialty-toothbrushes/supermaxx-institutional-toothbrush.html

## Related Products



**Mini Mod Institutional Toothbrush**
$49.00
**Add to My Items**

## Compare Products

You have no items to compare.

## Recently Viewed Products

#509 max Magic Regular Head Toothbrush






Zoom



## Supermaxx Institutional Toothbrush

Our Supermaxx Institutional brush is the safest toothbrush on the market today textured grip makes this brush easy to handle, while it's rubber based body pro unparalleled level of tamper resistance.

Add to My Items Add to Compare Email to a Friend

| | Product Name | Price |
|---|---|---|
| | Supermaxx Institutional Toothbrush<br>Item: #02451-BLUE<br>(100 per box) | $39.00 |
| | Supermaxx Institutional Toothbrush<br>Item: #02451-ORANGE<br>(100 per box) | $39.00 |