The Wayback Machine - https://web.archive.org/web/20150707183132/http://www.flossloops.com:80/Products_flex...

Loops Flexbrush®
Flexible Handle Safety Toothbrush™
& Toothbrush Holders

# Loops, L.L.C.
# Loops Flexbrush, L.L.C.

Tel: (360) 366-3009/3011
Toll Free: 1-(866) 280-9088
Fax: (360) 366-3088
stevenkayser@flossloops.com
www.flossloops.com

Designed for Prison Safety®

Home | Products | Contact Us | Brochures | Forms

Flexible Handle Toothbrush

Loops Safe & Secure® Personal Care Products

- Flexible Handle
- Non-Shank Design
- 4.25" (11cm) End-to-End
- Weapon Proof
- DuPont® Bristles (soft or medium)
- Clear Packaging, Sealed in Individual Polybags with Bar code.

**Packaging: 48 pcs/case.**
**18 Cases/Ctn (72 Doz/864 pcs)**

**Minimum Order Quantity:**
**2 Cases/48 pcs (No Partial Cases)**

**U.S. and Int'l Patents Issued and/or Pending**
**Sole Source - Trademarked and Copyrighted**

## *Loops Flexbrush Safety Toothbrush*

## *4.25" Model*



**Color Available in Blue, White or Semi-Transparent**

**Loops Flexbrush® Trade Dress trademark. Reg. No. 3430305**
**Design Patent D601,805; US Pat. No. 8,448,285**







Safety Floss Loops


Flexible Handle Toothbrush


Mini Flexbrush


Flexible Toothbrush Holder


Regular Toothbrush Holder