**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LOOPS, L.L.C., | ) | |
| | ) | CASE NO. 4:25-cv-02346-BYP |
| Plaintiff, | ) | |
| | ) | JUDGE BENITA Y. PEARSON |
| vs. | ) | |
| | ) | |
| MAXILL INC. *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF LOOPS, L.L.C.'S OPPOSITION TO MOTION TO DISMISS OR TRANSFER AMENDED COMPLAINT FILED BY DEFENDANTS MAXILL, INC. (OHIO) AND MAXILL REALTY, INC.**

Plaintiff Loops, L.L.C. ("Loops") hereby opposes the Motion to Dismiss or Transfer Amended Complaint filed by Defendants Maxill, Inc., an Ohio corporation ("Maxill Ohio"), and Maxill Realty, Inc. ("Maxill Realty") (Dkt. No. 38).

In their Motion, Maxill Ohio and Maxill Realty expressly join in the Motion to Dismiss or Transfer Amended Complaint previously filed by Defendants Maxill, Inc., a Canadian corporation ("Maxill Canada"), and John Shaw (Dkt. Nos. 27, 35). Accordingly, Loops incorporates by reference its previously filed Opposition to that Motion (Dkt. No. 33) as though fully set forth herein and respectfully requests that the Motion filed by Maxill Ohio and Maxill Realty be denied for the reasons set forth therein.

Respectfully submitted,

Dated: June 10, 2026

s/ David B. Cupar
David B. Cupar (0071622)
Matthew J. Cavanagh (0079522)
Benjamin Foote-Huth (0104192)
McDONALD HOPKINS LLC
600 Superior Ave., East, Ste. 2100
Cleveland, Ohio 44114
t 216.348.5400 │ f 216.348.5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com
bfootehuth@mcdonaldhopkins.com

and

David M. Kohn (*pro hac vice*)
Michael T. Lane (*pro hac vice*)
John M. Houkom (*pro hac vice*)
Zachary S. Tedford (*pro hac vice*)
LEWIS KOHN & WALKER
17085 Via Del Campo
San Diego, CA 92127
tel: 858.436.1332
dkohn@lewiskohn.com
mlane@lewiskohn.com
jhoukom@lewiskohn.com
ztedford@lewiskohn.com

*Counsel for Loops L.L.C.*