PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LOOPS, LLC, | ) | |
| | ) | CASE NO. 4:25-cv-2346 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| MAXILL, INC. *et al.*, | ) | |
| | ) | **ORDER** |
| Defendants. | ) | [Resolving ECF No. 49] |
| | ) | |

Pending before the Court is Plaintiff Loops, LLC's Motion to Dismiss Patent Infringement Claims with Prejudice. ECF No. 49. Plaintiff seeks to dismiss its two patent infringement claims of the Amended Complaint (ECF No. 24) with prejudice under Fed. R. Civ. P. 21. The Motion is granted. Plaintiff's first claim for relief (infringement of the '311 Patent against all defendants) and second claim for relief (infringement of the '940 Patent against all defendants) are dismissed with prejudice.

IT IS SO ORDERED.

August 10, 2026
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge