PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LOOPS, L.L.C., | ) | |
| | ) | CASE NO. 4:25-cv-02346 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| MAXILL INC., *et al*, | ) | |
| | ) | **ORDER** |
| Defendant. | ) | [Resolving ECF No. 58] |

Defendants Maxill, Inc., an Ohio corporation, Maxill Realty, Inc., Maxill Inc., a Canadian corporation, and John Dennie Shaw notified the Court that they voluntarily dismiss counterclaims V[1] and VI.[2] ECF No. 58. Pursuant to Fed. R. Civ. P. 41(a)(2) counterclaims V and VI are dismissed without prejudice.

IT IS SO ORDERED.

September 3, 2026
Date

*/s/ Benita Y. Pearson*
Benita Y. Pearson
United States District Judge

[1] Counterclaim V: Noninfringement of U.S. Patent No. 11,013,311.
[2] Counterclaim VI: Noninfringement of U.S. Patent No. 10.334.940.