**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Loops, L.L.C., | ) | |
| | ) | Case No. 4:25-cv-02346-BYP |
| Plaintiff, | ) | |
| | ) | Judge Benita Y. Pearson |
| vs. | ) | |
| | ) | |
| Maxill Inc., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Loops' Motion to Dismiss Remaining Maxill's Counterclaims (I–IV and VII)**

Plaintiff Loops, L.L.C. moves the Court to exercise its discretion under the Declaratory Judgment Act, 28 U.S.C. § 2201, and dismiss Maxill's[1] Counterclaims I–IV (ECF 39) without prejudice. As more fully explained in the attached memorandum, Loops has dismissed *with prejudice* its infringement claims on the only two patents those counterclaims address: U.S. Patent Nos. 11,013,311 and 10,334,940 (ECF 50). That with-prejudice dismissal, reinforced by res judicata and the *Kessler* doctrine, ends any suit on those patents against Maxill's Supermaxx toothbrush. There is therefore no good reason for the Court to exercise its discretion to try the validity or enforceability of two patents that Loops no longer asserts, or to put the Court and parties through the claim construction, invalidity and unenforceability contentions, discovery, experts, motion practice, trial, and appeal that those complex patent issues would require.

Loops also moves to dismiss Counterclaim VII under Rule 12(c). That count merely recasts Maxill's assertion that this case is "exceptional" and that Maxill seeks fees under 35

[1] "Maxill" refers collectively to the defendants that jointly filed the answer and counterclaim: defendants Maxill, Inc. (Ohio corporation), Maxill, Inc. (Canadian corporation), Maxill Realty, Inc., and John Dennie Shaw. (*See* ECF 39.)

U.S.C. § 285. Courts uniformly hold that § 285 does not create a standalone cause of action that can support a complaint or counterclaim. It is a statutory right to *move* for fees. Maxill may file a § 285 motion at the appropriate time; it does not need a separate count to do so.

The Court should dismiss Counterclaims I–IV without prejudice and dismiss Counterclaim VII as a non-cause of action, without prejudice to a later motion for fees under § 285.

Respectfully submitted,

Dated: September 29, 2026

s/ Matthew J. Cavanagh

David B. Cupar (0071622)
Matthew J. Cavanagh (0079522)
McDONALD HOPKINS LLC
600 Superior Ave., East, Ste. 2100
Cleveland, Ohio 44114
t 216.348.5400 | f 216.348.5474
dcupar@mcdonaldhopkins.com
mcavanagh@mcdonaldhopkins.com

and

David M. Kohn (pro hac vice)
Zachary S. Tedford (pro hac vice)
LEWIS KOHN & WALKER LLP
17085 Via Del Campo
San Diego, CA 92127
t 858.436.1332 | f 858.436.1349
dkohn@lewiskohn.com
ztedford@lewiskohn.com

*Counsel for Loops, L.L.C.*